IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SunTrust Bank,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　2:12-cv-02080-GEB-CKD
　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　)　ORDER CONTINUING STATUS
　　　v.　　　　　　　　　　　　　　)　(PRETRIAL SCHEDULING)
　　　　　　　　　　　　　　　　　　)　CONFERENCE
Allen W. Warren; Yankee Dawdle,　　)
LLC,　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　 )
_____

　　　　　Plaintiff states in its Status Report filed December 20, 2012 that the "Clerk entered the Default of both defendants on December 18, 2012[,]" and Plaintiff "anticipates filing a Request for Entry of Judgment by the Clerk pursuant to Rule 55(b)(1) within two weeks." (ECF No. 17.)

　　　　　Plaintiff shall take the steps necessary to prosecute this action as a default matter. No later than February 8, 2013, Plaintiff shall either file whatever documents are required to prosecute this case as a default matter or Show Cause in a writing filed why this action should not be dismissed for failure of prosecution. This action may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) if Plaintiff fails to timely respond to this Order.

　　　　　Further, the status conference scheduled for hearing on January 14, 2013, is continued to commence at 9:00 a.m. on June 10, 2013. A status report shall be filed fourteen (14) days prior to the

status conference in which Plaintiff is required to explain the status of the default proceedings.

IT IS SO ORDERED.

Dated: January 9, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge