UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNTRUST BANK,<br><br>        Plaintiff,<br><br>   v.<br><br>ALLEN W. WARREN; YANKEE DAWDLE, LLC,<br><br>        Defendants. | No. 2:12-cv-02080-GEB-CKD<br><br><br>**ORDER** |

All parties have consented to proceed before the Magistrate Judge for all purposes. (Stipulation, ECF No. 40.)

If the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed, and any matter scheduled before the undersigned District Court Judge is vacated. See E.D. Cal. 305(b) (prescribing "notwithstanding the consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral.").

Dated:  October 2, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1

ACCEPTANCE OF REFERRAL

        Pursuant to the parties' consent and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment. All documents hereafter filed shall be denominated as 2:12-cv-02080-CKD. Further, any matter currently scheduled before the District Judge is vacated.

        IT IS SO ORDERED.

Dated: October 2, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2