John R. Griffin (State Bar Number 254764)
Hartman and Egeli, LLP
116 Defense Highway, Suite 300
Annapolis, Maryland 21401
410-266-3232
410-266-5561
john.griffin@hartmanegeli.com
Attorneys for Plaintiff
SunTrust Bank

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SunTrust Bank | Case No. 2:12-CV-02080-CKD |
| Plaintiff | **ORDER OF DISMISSAL** |
| vs. | Judge Carolyn K. Delaney<br>Next Hearing: None Scheduled |
| Allen W. Warren, et al | |
| Defendants | |

Upon consideration of the Stipulation of Dismissal filed by the parties, it is hereby ORDERED that this case is DISMISSED.  Plaintiff may move to re-open the case for the purpose of entering a judgment in the event of a default pursuant to the terms of the Parties' written Settlement Agreement.

Dated:  April 3, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE